IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MAGEE,** | |
|  Petitioner, | |
| VS. | Civil Action No. 21-138 |
| | This is a capital case |
| **DARREL VANNOY, Warden,** | |
| Louisiana State Penitentiary | |
| Angola, Louisiana. | |
|  Respondent. | |

### PETITIONER'S MOTION TO DISMISS

COMES NOW, undersigned counsel, who hereby move to dismiss Mr. James Magee's capital federal habeas corpus proceeding as moot. Undersigned counsel has contacted counsel for the Respondent, and he has indicated that he does not oppose this motion. In support, counsel respectfully represents the following.

1.  Mr. Magee's capital federal habeas corpus proceeding was docketed in this Court on January 22, 2021.

2.  Mr. Magee unexpectedly died on March 20, 2021.

3.  Mr. Magee's capital federal habeas corpus proceeding is moot. *See* 28 U.S.C. § 2254(a); *Murphy v. Hunt*, 455 U.S. 478, 481 (1984) (a case becomes moot when "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome") (quotation and citation omitted); *North Carolina v. Rice*, 404 U.S. 244, 246 (1971) (federal courts are "without power to decide questions that cannot affect the rights of the litigants before them") (quotation and citation omitted).

1

WHEREFORE undersigned counsel hereby move that Mr. Magees's capital federal habeas corpus proceeding be dismissed as moot.

Respectfully submitted,

Shawn Nolan, PA Bar No. 56535
Chief, Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Shawn_Nolan@fd.org

/s/ D. Aaron Novod
D. Aaron Novod, LA Bar No. 31275
Law Office of D. Aaron Novod
P.O. Box 740985
New Orleans, LA 70174
Telephone: (504) 913-3746
Facsimile: (347) 344-6222
aaron.novod.esq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served on Matthew Caplan, Assistant District Attorney, 22nd Judicial District Court, 701 N Columbia Street, Covington, LA 70433, by U.S. mail on April 19, 2021.

/s/ D. Aaron Novod
D. Aaron Novod