UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES MAGEE** | **CIVIL ACTION** |
| **VERSUS** | **No. 21-138** |
| **DARREL VANNOY** | **SECTION I** |

## ORDER

Counsel for petitioner James Magee ("Magee") have filed an unopposed motion[1] to dismiss the above-captioned matter as moot, due to Magee's death. Considering the motion,

**IT IS ORDERED** that the motion is **GRANTED**; the above-captioned matter is **DISMISSED**.

New Orleans, Louisiana, April 19, 2021.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 10.